# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 5, 2010

141084

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

MARCUS WILLIAMS,
      Plaintiff-Appellee,

v

ADEL MOHAMAD KOBEISSI and
SCHAEFER & PURITAN, INC.,
      Defendants-Appellants,
and

SEYYED AZAD,
      Defendant.

SC: 141084
COA: 296312
Wayne CC: 08-127094-NO

_____/

      On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 5, 2010

_____
Clerk